UNITED STATES DISTRICT COURT
FOR THE
WESTERN DISTRICT OF NEW YORK

| | |
|---|---|
| LINDA MARTIN, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>DOES 1-100, )<br>)<br>Defendants. ) | Case No. 1:21-cv-491 |

**ORDER**

By order dated August 12, 2022, the court allowed plaintiff 14 days to file any opposition to dismissal of the "Doe" defendants. (Doc. 27). No opposition has been filed. Accordingly, the court dismisses the complaint against all unidentified "Doe" defendants. The court previously dismissed the claims against the Diocese of Buffalo and SS Columba-Brigid Catholic Church. (Doc. 27). This order brings the litigation before the district court to a close. The clerk is authorized to enter judgment in favor of the defendants due to dismissal of the action.

Dated at Rutland, in the District of Vermont, this 19th day of September, 2022.

Geoffrey W. Crawford, Chief Judge
United States District Court