Judgment in a Civil Case
_____

United States District Court
_____WESTERN DISTRICT OF NEW YORK_____


| | |
|---|---|
| LINDA MARTIN, | **JUDGMENT IN A CIVIL CASE** |
| Plaintiff, | CASE NUMBER: 21-CV-491-GWC |
| v. | |
| DOES 1-100, | |
| Defendants. | |

☐ **Jury Verdict**.  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED:  that the judgment is in favor of the defendants due to dismissal of the action.


Date: September 19, 2022          MARY C. LOEWENGUTH
                                  CLERK OF COURT

                                  By: s/Kim
                                      Deputy Clerk